IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VANEZA RAMOS,<br><br>    Plaintiff,<br><br>vs.<br><br>FARMERS INSURANCE (NWL) and MICHAEL POWERS,<br><br>    Defendants. | 4:20-CV-3148<br><br>ORDER |

  This matter is before the Court on the Magistrate Judge's Findings and Recommendation (filing 45) recommending that defendant Michael Powers' motion to dismiss (filing 39) be granted. There has been no objection to the findings and recommendation.

  28 U.S.C. § 636(b)(1) provides for de novo review only when a party objected to the magistrate's findings or recommendations. See *Peretz v. United States*, 501 U.S. 923, 939 (1991). The failure to file an objection eliminates not only the need for de novo review, but *any* review by the Court. *Thomas v. Arn*, 474 U.S. 140, 149-51 (1985); *United States v. Wise*, 588 F.3d 531, 537 n.5 (8th Cir. 2009), *see Daley v. Marriott Int'l, Inc.*, 415 F.3d 889, 893 (8th Cir. 2005). Accordingly, the Court will adopt the findings and recommendation.

  IT IS ORDERED:

  1. The Magistrate Judge's findings and recommendation (filing 45) are adopted.

2. Defendant Michael Powers' motion to dismiss (filing 39) is granted.

3. Michael Powers is terminated as a party.

4. Filing 29 and Filing 30 are stricken.

5. Filing 1-1 is the plaintiff's operative pleading in this case.

Dated this 22nd day of February, 2022.

                        BY THE COURT:

                        John M. Gerrard
                        United States District Judge